IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                                                                CASE NO.: 4:19-cr-109

HOLLY CLAYTON,

        Defendant.

**O R D E R**

The parties, the United States of America and the Defendant Holly Clayton, agree and stipulate as follows:

1. On July 10, 2019, a federal grand jury sitting in the Southern District of Georgia returned a 6-count Indictment against Defendants Holly Clayton and Melanie Smith. Defendant Holly Clayton (hereinafter the "Defendant"), was charged in 3-counts charging two violations of 18 U.S.C. § 2252A(a)(2), Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2) and a violation of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography. Doc. 1.

2. On October 30, 2019, pursuant to a written plea agreement, the Defendant pled guilty to Count 3 of the Indictment, Distribution of Child Pornography. Doc. 44.

3. The plea agreement contains an acknowledgment that restitution ordered by the Court shall include restitution for the full loss caused by the Defendant's total criminal conduct. *Id.*

4. On February 18, 2020, pursuant to 18 U.S.C. § 3664(d)(5) of the Mandatory Victims Restitution Act (MVRA), the Court deferred its determination of the restitution amount in its Judgment in a Criminal Case. Doc. 61.

5. In accordance with 18 U.S.C. § 3664(f) Mandatory Victims Restitution Act (MVRA), criminal victims are entitled to the full amount of their loss as determined by the court and without consideration of the economic circumstances of the Defendant. For this reason, D.T. is entitled to restitution in the amount of $150,000.00.

6. Pursuant to 18 U.S.C.A. §§ 3556, 3663(a), and 3664(f), the Court hereby imposes restitution in the amount of $150,000.00, which is the full amount of the victim's loss in the captioned case.

7. Said payment is due immediately.

8. While her restitution balance remains outstanding, Defendant agrees to submit in a timely manner each year all financial documentation required by the United States.

9. Defendant shall make her payment in the form of a check to the Clerk of Court, to be deposited into an interest-bearing Deposit Fund. Defendant understands that she must indicate her Criminal Case Number on the check, and that the check must be made payable to "Clerk, U.S. District Court" and mailed to:

> The United States Clerk of Court,
> P.O. Box 8286
> Savannah, GA 31412.

10. The Clerk is directed to mail restitution payments to the address on record for victim T.G.

11. The Defendant agrees that no discharge of debts in a proceeding pursuant to any chapter of Title 11, United States Code, shall discharge her liability to pay restitution pursuant to this Order, and that enforcement of the restitution herein is not subject to the automatic stay.

12. The Defendant acknowledges that it is her responsibility to notify the Financial Litigation Unit of the United States Attorney's Office for the Southern District of Georgia of any change in address or contact information.

13. The parties to this order hereby agree to be bound by the terms of this Consent Restitution Order.

**SO ORDERED**, this 24th day of June, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA